# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 0 4 2016
MATTHEW J. DYKMAN
CLERK

United States of America
v.

Domoniqua Ranee NOLAN

Defendant(s)

Case No. 16mj 2016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 5/3/2016 in the county of Bernalillo in the Judicial District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine with intent to distribute |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☑ Continued on the attached sheet.

_Complainant's signature_

S/A Jarrell W. Perry, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 5/4/2016

_Judge's signature_

City and state: Albuquerque, New Mexico

Steven C. Yarbrough
U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT**

On May 3, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry, DEA S/A Gerald Maestas and DEA Task Force Officer (TFO) Clarence Davis were at the Greyhound Bus Station in Albuquerque, New Mexico when the eastbound Greyhound Bus arrived for its regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached a female, who was later identified as Domoniqua Ranee NOLAN, who was sitting in her respective seat on the Greyhound Bus. S/A Perry displayed his DEA badge to NOLAN, identified himself as a police officer to NOLAN, asked for and received permission to speak with NOLAN.

After a short conversation, S/A Perry asked NOLAN if she had any luggage with her. NOLAN stated that she had a checked in bag underneath of the bus. S/A Perry asked for and received permission from NOLAN to search her checked in bag for contraband. S/A Perry located a green/black backpack with the name of Domoniqua NOLAN attached on the Greyhound luggage tag underneath of the bus. A consensual search of NOLAN's green/black backpack revealed a large clear plastic heat-sealed bundle containing a clear crystal like substance concealed inside of a white towel.

S/A Perry immediately knew from his experience that the clear plastic heat-sealed bundle and its contents were consistent with illegal narcotics, specifically crystal methamphetamine. S/A Perry handcuffed NOLAN, thus placing her under arrest.

NOLAN was transported to the DEA ADO. At the DEA ADO, S/A Perry and DEA S/A David Nutley removed the clear plastic heat-sealed bundle from NOLAN's backpack. S/A Perry and S/A Nutley weighed the bundle, for a total weight of approximately 2.30 gross kilograms. S/A Perry and S/A Nutley field-tested the clear crystal like substance from the bundle, which produced a positive reaction for the presence of methamphetamine. S/A Perry knew that based upon his training and experience that this is an amount that is consistent with distribution rather than personal use.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

Jarrell W. Perry
Special Agent
Drug Enforcement Administration

United States Magistrate Judge